

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| TEXAS HEALTH & HUMAN SERVICES AND EL PASO STATE SUPPORTED LIVING CENTER, | § | No. 08-22-00043-CV |
|  | § | Appeal from the |
| Appellants, | § | 120th District Court |
| v. | § | of El Paso County, Texas |
| DAVID SEPULVEDA, | § | (TC# 2018-DCV-0349) |
| Appellee. | § |  |
|  | § |  |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **July 19, 2022**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Connie J. Flores, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before July 19, 2022.

IT IS SO ORDERED this 16th day of June, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.